

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's appointed trial counsel has moved to withdraw as appellate counsel, stating that he is "unfamiliar with the appellate system" and "due to lack of knowledge is unable to represent" appellant. We GRANT counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel must be appointed. We, therefore, ORDER this appeal ABATED to the trial court and ORDER the trial court to appoint new counsel on or before August 3, 2015. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel).

We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new counsel on or before August 12, 2015. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court.

All appellate deadlines are SUSPENDED pending further orders from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court